**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **ALEX GUERRA,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION #: 2:24-CV-00002** |
| | § | |
| **CITY OF ARANSAS PASS;** | § | |
| **SAN PATRICIO COUNTY;** | § | |
| **CHIEF OF POLICE ERIC** | § | |
| **BLANCHARD, (In His Individual** | § | |
| **Capacity and as Policymaker for** | § | **JURY** |
| **City of Aransas Pass Police Department)** | § | |
| **CAPTAIN KYLE RHODES,** | § | |
| **(In His Individual Capacity)** | § | |
| **DETECTIVE TROY POE,** | § | |
| **(In His Individual Capacity); and** | § | |
| **JOHN DOES (1-10)** | § | |
| | § | |
| **Defendants.** | § | |

**CHIEF OF POLICE ERIC BLANCHARD'S AFFIDAVIT IN SUPPORT OF**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF _San Patricio___________ | § |

BEFORE ME, the undersigned authority, on this day personally appeared Eric Blanchard, Chief of Police for the City of Aransas Pass, Texas, who being by me duly sworn on his oath states as follows:

1. My name is Eric Blanchard. I am over the age of eighteen. I have never been convicted of a felony or a crime involving moral turpitude. I am fully competent to make this affidavit. The factual statements contained in this affidavit are true and correct and are within my personal knowledge.

Exhibit A

2. I am the Chief of Police for the City of Aransas Pass, Texas. As the Chief of Police for the City of Aransas Pass, Texas, I have general knowledge relating to this suit. Any actions I did take relevant to this suit were actions I believe were lawful.
3. I took no part in investigating the DeGrange murders which underpins the claims made against the Defendants in this case. I did not investigate the murders, conduct witness interview, sign any affidavits for arrest warrants, or direct that investigation in any way. I left the investigation and all of its functions up to the detectives and captains, so that the investigation could go forward in the most efficient manner without being micro-managed from the top. I did not supervise that specific investigation and I did not take part in it either.
4. I did not make the decision to charge Plaintiff hindering prosecution or apprehension and played no part in either arresting him or obtaining a warrant for his arrest. Likewise, I played no part in setting his bond for that charge.
5. I did not make any decision to charge Plaintiff with capital murder either. I did not testify before a grand jury or seek for Plaintiff to be charged with capital murder in any way. I did not make any decision to go forward with his trial for capital murder.
6. In no way did I influence what charges were brought by prosecutors against Plaintiff. I had no influence over how the Plaintiff was charged or tried. Neither I nor my officers control what cases prosecutors bring, pursue, or charge after an individual is arrested. I did not conspire with any individual to deprive the Plaintiff of his constitutional rights.

SIGNED Wednesday, August 28, 2024

Eric Blanchard

Subscribed and sworn to before me by Eric Blanchard on August 28, 2024, to certify the above as true and correct statements, which are certified herein by my hand and official seal.

Notary Public in and for the State of Texas

My Commission expires: 01/18/25

MARILU MOJICA
Notary Public, State of Texas
Comm. Expires 01-18-2025
Notary ID 126159976