FWX02042IJP6 Pg. 1

STATE OF TEXAS §

COUNTY OF SAN PATRICIO §

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

I,Captain Kyle Rhodes, being duly sworn do state upon my oath that I have reason to believe and do believe that heretofore, and before the making and filing of this COMPLAINT, that Alex Guerra, DOB 11/29/1969, on or about the 23rd day of January, 2021 , in Aransas Pass, San Patricio County, Texas, did then and there ,hinder the apprehension and prosecution of his brother Omar Guerra who committed Capital Murder, by providing a means of avoiding arrest to wit: Hindering Apprehension or Prosecution TX PC# 38.05, 3rd Degree Felony, against the laws and dignity of the state.

**My probable cause for said belief and accusation is as follows:** On or about the 23rd day of January, 2021 Officers with the Aransas Pass Police Department responded to 1928 Sherwood Forest, Aransas Pass, San Patricio County , Texas, in regards to reported shots fired. Upon arrival, officers discovered that two people had been shot and killed. Investigators were called to the scene to investigate, The victims were Joseph and Rebekah Degrange. They were brother and sister.

During the investigation it was learned that the property was owned by the victims mother, and there were surveillance cameras on the property. There are several trailers on the property. One of the occupants living on the property was identified as Alex Guerra. Information was developed through the surveillance video that prior to the double homicide, Alex Guerra had a BBQ with his brother Omar Guerra and two adult women. Omar Guerra traveled from Rio Grande City on this date to attend the gathering.

Alex Guerra is a convicted felon, registered sex offender, and currently on parole. Omar Guerra is also a convicted felon with multiple violent felony charges on his history. There are also two other Guerra brothers that are convicted felons (Hector, and Aaron). Just prior to the murders, the line to the camera facing the victim's trailer was cut. During an interview with Alex, he stated that he told Omar about the cameras. He also stated that he was aware of an incident that occurred in the San Patricio Jail in which one of the victims had Omar assaulted by other inmates.

The video shows Omar Guerra putting on a bullet proof vest while at the BBQ and in the presence of Alex. The body armor was later recovered during a search of Omar's vehicle after he was arrested for the capital murder of Joseph and Rebekah Degrange. Alex stated that Omar's vehicle left the property just minutes prior to Alex leaving with his convicted felon girlfriend, Lisa Salazar.

Alex admitted that Omar's girlfriend, Jessica Villerrial, was driving Omar's vehicle but did not actually see Omar in the vehicle. According to the video and records, the victims were shot within thirty seconds of Alex Guerra's departure. Alex did not report his knowledge of the events to police. Instead, Alex waited until the police called him in for an interview. He told Detectives that he was expecting the police to contact him. Alex Guerra knew of the history between his brother and the victim (motive). Alex was present when Omar was putting on body armor prior to the murders. Alex was present when the video camera was disabled by Omar.

Exhibit D

Pg. 2

FWX020421JP6

Alex provided information to Omar Guerra about the cameras. When asked to take a polygraph, Alex Guerra refused.

Based on the totality of the information the affiant believes that Alex Guerra withheld information from the police. Alex Guerra provided information to the suspect, Omar Guerra, about the surveillance cameras that were disabled by Omar. Alex Guerra set up a situation in which to provide a cover story for Omar's presence on the property (BBQ). Alex Guerra did not provide information about the incident to police, which should have been apparent to him. His actions hindered the timely apprehension and identification of his brother, Omar Guerra, the suspect in a Capital Murder case, against the laws and dignity of the state of Texas.

Complainant

Sworn to and subscribed before me this 4th day of, February , 2021.

Susan Price

MAGISTRATE
ARANSAS PASS, SAN PATRICIO COUNTY, TEXAS

SUSAN PRICE
JUSTICE OF THE PEACE
EX-OFFICIO NOTARY PUBLIC
12-31-2022

**Complaint: Hindering Apprehension or prosecution, TX PC# 38.05**

# WARRANT OF ARREST

FWX020421JP6

STATE OF TEXAS )( CAUSE # 2100001382-B

COUNTY OF SAN PATRICIO )(

TO ANY PEACE OFFICER OF THE STATE OF TEXAS :

You are hereby commanded to arrest **Alex Guerra,** Defendant, to be dealt with according to law. Said defendant has been accused of a **3rd Degree Felony** to wit: **Hindering Apprehension or Prosecution, TX Penal Code # 38.05** which is against the laws of the State of Texas.

Herein fail not, but make due service and return of this warrant of arrest, showing how you executed the same.

Witness my official signature, this, the 4th day of February, A.D. 2021.

Bond# 250,000.00

SUSAN PRICE
JUSTICE OF THE PEACE
EX-OFFICIO NOTARY PUBLIC
12-31-2022

Susan Price

Justice of the Peace Precinct 6
San Patricio County, Texas

---

Name: Alex Guerra

ST: TX DL#: 34500821 SS#: 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 DOB: 11/26/1969

Race: W Sex: Male Hair: Black Eyes: Brown Height: 5,2' Weight: 170 lbs

---

## OFFICERS RETURN

Came to hand the 4 day of February, A.D. 2021 at 12:40 P M. And executed on the 4 day of February, 2021 at 12:40 o'clock P M. By arresting the said Alex Guerra in San Patricio County, Texas and placing him in the County Jail of San Patricio County, Texas.

Sherriff Oscar Rivera
San Patricio County, Texas
by: T Pe 423 Deputy/ Officer

APPD Case number 2100001382-B Hindering Apprehension or Prosecution, TX PC# 38.05

Exhibit D

Case Number 2100001382-B

# Wanted Persons

**Mandatory Fields must have all complete info in order to transmit**
**Required fields requires at least one field to complete to transmit**
**Additional field any other info that is given to pack the record**

- [x] Offense (Charge)
- [x] Date of Warrant
- [x] OCA (Case Number)
- [x] Name
- [x] Sex
- [x] Race
- [ ] Ethnicity
- [x] Height
- [x] Weight
- [ ] Skin Tone
- [x] Hair Color
- [x] Eye Color
- [x] Date of Birth
- [ ] Place of Birth
- [ ] Citizenship
- [ ] SMT (Scars Marks Tattoos)
- [x] Social Security Number
- [x] Misc Numbers (SID, ID Card, Military ID)
- [ ] FBI Number
- [ ] DL Number
- [x] State
- [x] Year of Expiration

Misc or additional Info provide in box below

TX PC# 38.05 Hindering Apprehension or prosecution, Felony 3rd.

If entered in an untimely matter please provide explanation below

Exhibit D