**Q. Okay. And when you say Alex Guerra witnessed -- are you affirmatively taking the position that Alex Guerra witnessed the cutting of the cables?**

**MR. MCKIBBEN:** Objection. The witness is not taking positions. He's answering questions you ask him.

**MR. GILDE:** Objection; form is fine.

**Q. (BY MR. GILDE) Mr. Poe, is it your position, is it your statement, is it your testimony, are you telling us affirmatively that Alex Guerra saw the cutting of the camera cables?**

A. I cannot tell you that he absolutely saw it. I can't say if his eyes were open or closed or what was going on. I can only say that he was present when it happened.

**Q. And you keep using the word "he was present." I'd like to direct your attention to a 55-second video titled "Omar Cuts Wire Camera 2" mp4, and let me share that video with you.**

**Can you see the video, sir?**

A. Yes.

**Q. Okay. And so taking a look at this, we've got a -- we've got a vehicle to the far right, which appears to be a truck, and you would say that that is Alex Guerra's truck, true?**

A. True.
**Q. And then we've got a vehicle facing the opposite direction, which is a vehicle, and you would say that that's the Chrysler 300, Omar Guerra's vehicle, true?**
A. Yes.
**Q. Okay. You believe this person approaching is Omar Guerra?**
A. Yes.
**Q. Okay. And who is in the background here?**
A. I'm not sure from this video entirely. There is -- there are several videos. You can see different people moving around at the time. I would have to see maybe more videos in context, but...
**Q. Okay. Well, let me show you the entirety of this video, and why don't you tell me when you see Alex Guerra.**
A. I believe that is Alex sitting there, because I can see the -- the baseball hat. And you can see the multiple people there, and they confirmed there wasn't anybody else with them at the barbecue.
There is somebody sitting closer to the camera. There is somebody on the -- near the truck tailgate, and somebody by where Alex sitting. So that gives you the -- the three people besides Omar Guerra.