# EXHIBITS E, F, H & I

# ARE VIDEOS AND
# WILL BE HAND DELIVERED
# TO THE COURT

