2:24cv2
D.E. #43

United States Courts
Southern District of Texas
FILED

SEP 04 2024

Nathan Ochsner, Clerk of Court

# EXHIBITS E, F, H & I

# ARE VIDEOS AND WILL BE HAND DELIVERED TO THE COURT

